JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES TERRY as Wrongful Death Heir and Successor In Interest to ZOLLIE TERRY, Deceased, and KEA LOREA TERRY and ZOLLY TERRY, JR., as Legal Heirs of ZOLLIE TERRY, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), et al.,<br><br>Defendants. | No. 2:12-cv-03576-DSF-MAN<br><br>**ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

**IT IS SO ORDERED.** All claims against all Defendants are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 4/18/14

By: _/s/ Dale S. Fischer_
Dale S. Fischer
United States District Judge